**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-25540-BB/DSW**

**OLIVIA JOHNSON,**

     **Plaintiff,**

**v.**

**HONG YI ZENG GINA ABADI,**

     **Defendant.**

**REPORT AND RECOMMENDATION
TO DISMISS CASE WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. This case has been assigned to the Honorable Beth Bloom, and the undersigned is assigned to the case in accordance with Administrative Order 2025-11. [ECF Nos. 2, 7]. Upon thorough and careful review of the record, the undersigned respectfully recommends that this case be **DISMISSED WITHOUT PREJUDICE** for the reasons outlined below.

On November 25, 2025, pro se Plaintiff Olivia Johnson ("Plaintiff") filed a Complaint against Defendant Hong Yi Zeng Gina Abadi ("Defendant"). [ECF No. 1]. Contemporaneously, Plaintiff filed a Motion for Leave Proceed *in forma pauperis*. [ECF No. 3]. The Court denied Plaintiff's motion because it "provide[d] limited information about her earnings, assets, and liabilities." [ECF No. 4]. The Court ordered Plaintiff to complete and file a long form financial affidavit by March 27, 2026. [*Id.*] On April 9, 2026, the Court entered a *sua sponte* order to show cause, ordering Plaintiff to either (1) pay the filing fee, or (2) file an Application to Proceed In Forma Pauperis (long form) by April 9, 2026. [ECF No. 5]. However, to date, Plaintiff has not paid the filing fee and has not filed an Application to Proceed In Forma Pauperis (long form).

1

When a plaintiff fails to comply with the Court's orders to pay the filing fee, or as in this case when the Court gave Plaintiff the opportunity to demonstrate his indigency, "[f]ederal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Acosta v. Soc. Sec. Admin.,* No. 25-CV-23879, 2025 WL 3897565, at *2 (S.D. Fla. Dec. 16, 2025), *report and recommendation adopted*, No. 25-23879-CIV, 2026 WL 36458 (S.D. Fla. Jan. 6, 2026); *accord Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017). "The goal of this sanction is 'to prevent undue delays in the disposition of pending cases and to avoid congestion in the' court's calendar so that the court can "achieve the orderly and expeditious disposition of cases." *Acosta*, 2025 WL 3897565, at *2.

The Court has already given Plaintiff the opportunity to pay the filing fee or file a motion to proceed in forma pauperis by April 9, 2026 and has warned Plaintiff that failure to do so may result in dismissal. *See* [ECF No. 5].  Plaintiff has still failed to comply with the Orders and his failure to comply has caused delay in this case. For these reasons, the undersigned hereby **RECOMMENDS** that the Court exercise its inherent power to **DISMISS** this case without prejudice.

Within **fourteen (14)  days** after  being  served  with  a  copy  of  this  Report  and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district. 28 U.S.C. § 636(b)(1). The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions contained in this

Report and Recommendation. 11th Cir. R. 3-1 (2016); *see Thomas v. Arn*, 474 U.S. 140 (1985).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of May, 2026.

 

 

_____
**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc:    All Counsel of Record

       Olivia Johnson, Pro Se
       205 Kuhio Ave
       Honolulu, HI 96815