**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-25540-BLOOM/Shaw-Wilder**

OLIVIA JOHNSON,

      Plaintiff,

v.

HONG YI ZENG and GINA ABADI,

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff Olivia Johnson's ("Plaintiff") Complaint, ECF No. [1]. The matter was assigned to Magistrate Judge Detra Shaw-Wilder pursuant to Administrative Order 2025-11. Because Judge Shaw-Wilder did not possess authority to issue a dispositive order in this case, she issued a Report and Recommendation ("R&R") recommending that Plaintiff's Complaint dismissed without prejudice because Plaintiff failed to comply with the Court's order directing Plaintiff to either pay the filing fee or file an appropriate motion to proceed *in forma pauperis*. ECF No. [8] at 2.

The Report and Recommendation advised the parties they had "fourteen (14) after being served with a copy of this Report and Recommendation" to "serve and file written objections to any of the above findings and recommendations." *Id*. To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Shaw-Wilder's Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Shaw-Wilder's Report and

Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Complaint is dismissed without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [8]**, is **ADOPTED**.

2. Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an Amended Complaint in accordance with the R&R, and this Court's Order, no later than June 12, 2026. The failure to file an Amended Complaint will result in dismissal of this case without prejudice and without further notice.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. The Clerk of Court shall administratively **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on May 29, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Olivia Johnson, Pro Se
205 Kuhio Ave
Honolulu, HI 96815